IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 04-cr-188-bbc |
| v. | |
| MICKEY A. RANDLE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It has come to my attention that the April 17, 2015 order granting defendant's motion for a reduction in his sentence under 18 U.S.C. § 3582 contains an error. Under Fed. R. Crim. P. 36 permits the court to correct a clerical error at any time.

Therefore, IT IS ORDERED that the order entered herein on April 17, 2015, is AMENDED as follows:

IT IS ORDERED that defendant Mickey A. Randle's sentence, imposed on December 15, 2005 is reduced to **188** months under 18 U.S.C. § 3582(c)(2).

In all other respects, the order entered on April 17, 2015, remains unchanged.

Entered this 20th day of April, 2015.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge

1